UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,          No. C-11-5570 EMC

        Plaintiff,

        v.                                **ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

HAROON MUJADIDI,

        Defendant.
_____/

        Plaintiff Joe Hand Promotions, Inc. ("JHP") has filed suit against Defendant Haroon Mujadidi for unlawfully intercepting and exhibiting a televison program, *Ultimate Fighting Championship 121: Rampage Jackson v. Lyto Machida*, to which JHP was granted exclusive distribution rights. *See* Compl. ¶¶ 8-12. After Mr. Mujadidi filed to respond, the Clerk entered his default on March 5, 2012. *See* Docket No. 15 (notice). Having reviewed the motion and accompanying submissions, the Court hereby orders JHP to provide supplemental briefing in support of its motion. *See* Fed. R. Civ. P. 55(b)(2)(c) (providing that a court has authority to "determine the amount of damages" and "establish the truth of any allegation by evidence").

(1)    JHP shall provide evidence to support its claim that it would have charged a $900 licensing fee for Mr. Mujadidi to exhibit the program at issue. *See* Mot. at 20.

(2)    JHP shall provide evidence to support its claim that the program at issue, when transmitted, was encrypted, *see* Mot. at 2, and further shall provide evidence to establish that it is unlikely that an interception of the program (by any person) was innocent or accidental.

**The supplemental briefing requested above shall be filed by August 8, 2012.**

In addition, JHP shall serve a copy of this order on Mr. Mujadidi within three days of the date of this order and shall file a proof of service on that same date certifying that service of process has been effected..

IT IS SO ORDERED.

Dated: August 3, 2012

_____
EDWARD M. CHEN
United States District Judge