**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8  JOE HAND PROMOTIONS, INC.,                 No. C-11-5570 EMC
9          Plaintiff,
10         v.                                  **ORDER RE SUPPLEMENTAL
                                               BRIEFING AND/OR EVIDENCE**
11 HAROON MUJADIDI,
12         Defendant.
   _____/
13
14
15    Plaintiff Joe Hand Promotions, Inc. ("JHP") has filed suit against Defendant Haroon

16 Mujadidi for unlawfully intercepting and exhibiting a televison program, *Ultimate Fighting

17 Championship 121: Rampage Jackson v. Lyto Machida*, to which JHP was granted exclusive

18 distribution rights.  *See* Compl. ¶¶ 8-12.  After Mr. Mujadidi filed to respond, the Clerk entered his

19 default on March 5, 2012.  *See* Docket No. 15 (notice).  Having reviewed the motion and

20 accompanying submissions, the Court hereby orders JHP to provide supplemental briefing in

21 support of its motion.  *See* Fed. R. Civ. P. 55(b)(2)(c) (providing that a court has authority to

22 "determine the amount of damages" and "establish the truth of any allegation by evidence").

23 (1)   JHP shall provide evidence to support its claim that it would have charged a $900 licensing

24       fee for Mr. Mujadidi to exhibit the program at issue.  *See* Mot. at 20.

25 (2)   JHP shall provide evidence to support its claim that the program at issue, when

26       transmitted, was encrypted, *see* Mot. at 2, and further shall provide evidence to establish

27       that it is unlikely that an interception of the program (by any person) was innocent or

28       accidental.

**The supplemental briefing requested above shall be filed by August 8, 2012.**

In addition, JHP shall serve a copy of this order on Mr. Mujadidi within three days of the date of this order and shall file a proof of service on that same date certifying that service of process has been effected..

IT IS SO ORDERED.

Dated:  August 3, 2012

_____
EDWARD M. CHEN
United States District Judge